# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL HALL | : | CIVIL ACTION |
| v. | : | |
| DETECTIVE TIMOTHY HARTMAN, DETECTIVE JOSEPH CREMEN | : | NO. 20-3235 |

## ORDER

**NOW**, this 1st day of July, 2021, upon consideration of Defendants Detective Timothy Hartman and Detective Joseph Cremen's Motion for Summary Judgment (Doc. No.18), the plaintiff's response and the defendant's reply, it is **ORDERED** that the motion is **GRANTED.**

/s/ TIMOTHY J. SAVAGE J.